UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL ASSOCIATION OF
SHEET METAL, AIR, RAIL AND
TRANSPORTATION WORKERS LOCAL
UNION NO. 28, AFL-CIO, *et al.*,

            Plaintiffs,

-v-

COMPLETE SPIRAL MANUFACTURING
INC.,

            Defendant.

No. 18-cv-5802 (RJS)
ORDER



RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant informing the Court that the parties have reached a settlement. (Doc. No. 17.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request.

    The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:    September 27, 2018
             New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE